JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KING, | Case No. CV 07-02009 DDP (VBKx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF LOS ANGELES, a municipal entity; et al. | |
| Defendants. | |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 16, 2010

_____
DEAN D. PREGERSON
United States District Judge